### Doe ex dem. Broughton vs. Blackman and Beardsley.

*The appointment of Constables and other town officers, must be shewn by a certified copy of the record of their appointment, from the Town Clerks, before their acts can be given in evidence.*

THIS was an action of ejectment for ninety-seven acres of land in Wells, laid to the original right of J. A. 3d. An act was passed by the Legislature in October, 1787, empowering the selectmen of Wells to levy a tax of one penny on each acre of land in Wells, to be collected by the Constable of the town, who was empowered to sell the land of those who should be delinquent in the payment of the tax. The lessor of the plaintiff claimed as a purchaser of the right of J. A. 3d, which was sold for the payment of that tax.

The act granting the tax was read, and a warrant for the collection of the tax was produced, signed by D. C., J. B. and D. L. as selectmen of Wells, and dated ———, 1788. To prove that D. C., J. B. and D. L. were selectmen for that year, the counsel for the plaintiff offered a certificate of the Town Clerk of Wells, certifying that they were chosen selectmen for that year.

It was objected that this was not sufficient—that the Town Clerk should have certified a copy of the record of the vote of the town, making the appointment.

It was afterwards admitted that the persons named were selectmen.

A warrant was then produced, directed to the Constable of Wells, his name not inserted. Simon Francis was said to have been Constable for that year, and to have collected the tax.

*Rutland,*
*January,*
*1797.*

*Broughton*
*vs.*
*Blackman &*
*Beardsley.*

It was insisted by the counsel for defendant, that to entitle his deed of land sold by him, for the payment of the tax, to be read, his appointment as Constable must first be shewn.

To this it was answered, that a Constable was a publick officer: it was therefore unnecessary to shew his appointment.

The Court ruled that his appointment must be shewn, for it was not of publick notoriety who were chosen Constables in the several towns from year to year. They however were of opinion that if the warrant had been directed to Simon Francis, naming him Constable of Wells, it would have been sufficient.

The causé was continued.